UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEE PEYTON, | ) |
| | ) |
|     Petitioner, | ) Case No. CV 13-4197-VAP(AJW) |
| | ) |
|    v. | ) |
| | ) JUDGMENT |
| JOHN KATAVICH, | ) |
| | ) |
|     Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Date: September 6, 2013

_____
Virginia A. Phillips
United States District Judge